NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-19-0000646
10-MAR-2020
09:02 AM

NO. CAAP-19-0000646

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


NOAH M. VICTOR, individually, and
on behalf of V Children, Petitioners-Appellees, v.
ALFRED C. AHLOO, Respondent-Appellant


APPEAL FROM THE DISTRICT COURT OF THE FIFTH CIRCUIT
(CASE NO. 5SS-19-1-0058)


ORDER DISMISSING APPEAL
(By: Ginoza, Chief Judge, Chan and Hiraoka, JJ.)

Upon review of the record, it appears that:

(1) On July 5, 2019, self-represented Respondent-Appellant Alfred C. Ahloo conventionally filed the notice of appeal. The district court clerk electronically filed the notice of appeal on September 17, 2019;

(2) On October 4, 2019, the district court clerk filed the record on appeal;

(3) On October 7, 2019, the appellate clerk notified the parties that the statement of jurisdiction and opening brief were due on or before October 14, 2019, and November 13, 2019, respectively;

(4) Ahloo did not file either document or request an extension of time;

(5) On November 21, 2019, the appellate clerk notified Ahloo that the time for filing the statement of jurisdiction and opening brief had expired, the matter would be called to the

court's attention on December 2, 2019, for appropriate action, which could include dismissal of the appeal, under Hawaiʻi Rules of Appellate Procedure Rules 12.1(e) and 30, and Ahloo may request relief from default by motion; and

(6) Ahloo took no further action in this appeal.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

DATED: Honolulu, Hawaiʻi, March 10, 2020.


Chief Judge


Associate Judge


Associate Judge